```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
                         SOUTHERN DIVISION
```

ANNETTE JACKSON,

       Plaintiff,

v                                           Case No. 08-12522

COMMISSIONER OF SOCIAL             DISTRICT JUDGE ARTHUR J. TARNOW
SECURITY,
                                      MAG. JUDGE CHARLES E. BINDER

       Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    Before the Court is Magistrate Judge Binder's Report and Recommendation [Docket #15-1] filed January 14, 2009.  The Magistrate Judge recommends pursuant to the parties' stipulation that this Court remand the case for futher proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g) to allow the Administrative Law Judge to consider Plaintiff's mental impairment under 20 C.F.R. § 404.1520a and 416.920a, and to reconsider Plaintiff's residual functional capacity

    Having reviewed the file, the Report and Recommendation and the Stipulation of the parties, the Court **ADOPTS** the Report and Recommendation.  Accordingly, the Commissioner's decision is **REVERSED** and the case is **REMANDED** to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

                                          s/Arthur J. Tarnow
                                          Arthur J. Tarnow
Dated:  January 16, 2009     United States District Judge

I hereby certify that a copy of the foregoing document was served upon parties/counsel of record on January 16, 2009, by electronic and/or ordinary mail.
                                          s/Catherine A. Pickles
                                          Judicial Secretary